HAMILTON BANK-NOTE ENGRAVING & PRINTING CO., Respondent, v. TWIN CITY POWER CO., Appellant. (Supreme Court, Appellate Term. June, 1903.) Action by the Hamilton Bank-Note Engraving & Printing Co. against the Twin City Power Company. From a judgment for plaintiff, and an order denying a new trial, defendant appeals. Affirmed. E. W. Tyler, for appellant. Meyer & Godson, for respondent.

MacLEAN, J. It is undisputed that the plaintiff printed and delivered certain bonds to the defendant upon its order, and that the latter never returned or offered to return them, even when apprised of delivery and receipt by a brother of an executive officer and a casual visitor in the offices of the defendant. That time was essential was affirmed and denied, but the determination of the jury thereon is final, in the absence of evidence of return, or offer to return, or of refusal to accept when informed of the completion of the work; for the officer of the defendant directly testified, somewhat inconsistently it is true, that "after the time had expired, and after January 31st, I notified him [the general manager of the plaintiff] on the telephone that the time had gone by to use the bonds, and not to deliver them. I cannot tell you how soon after January 31st. I think it was more than a week, I should think 10 days, after January 31st. He notified me he had the bonds ready for delivery at that time, and I told him not to deliver them, I said: 'Do not deliver them. We have no place to keep them here. You keep them there, until we can arrange to use them.'" This accords with the testimony of the general manager of the plaintiff on that point, and makes the exclusion of evidence of purposed use thereafter—for use there was by the undisputed retention, imprint of corporate seal, and signatures of two officers of the defendant attached—proper and as not within the issue. Judgment must therefore be affirmed, with costs. Judgment affirmed, with costs. All concur.

---

HARMS, Respondent, v. RINALDO, Appellant. (Supreme Court, Appellate Division, First Department. October 23, 1903.) Action by Charles Harms against David M. Rinaldo. L. Cohen, for appellant. J. C. Guggenheimer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

HARRELL, Respondent, v. FINCK et al., Appellants. (Supreme Court, Appellate Division, First Department. October 23, 1903.) Action by Claudius E. Harrell against George Finck and others. D. P. Cobb, for appellants. H. B. Twombly, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendants to withdraw demurrer, and to answer, upon payment of costs in this court and in the court below.

HATHAWAY, Appellant, v. SYRACUSE RAPID TRANSIT RY. CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 27, 1903.) Action by Charles Hathaway, Jr., against the Syracuse Rapid Transit Railway Company and others.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

STOVER, J., not voting.

---

HAWLEY v. ROCHESTER & S. RY. CO. (Supreme Court, Appellate Division, Fourth Department. October 27, 1903.) Action by Emma Hawley against the Rochester & Suburban Railway Company. No opinion. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted; the form of the order to be settled by and before HISCOCK, J., on two days' notice.

---

HEATH, Appellant, v. HASBROUCK, Respondent. (Supreme Court, Appellate Division, First Department. October 23, 1903.) Action by William H. Heath, as administrator, against James F. Hasbrouck. W. L. Cahn, for appellant. E. A. Jones, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

HERLIN, Respondent, v. JOHN W. MASURY & SON, Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1903.) Action by Margaret Herlin, as administratrix, etc., of Dennis Herlin, deceased, against John W. Masury & Son. No opinion. Order affirmed, with $10 costs and disbursements.

---

HEWIT, Respondent, v. HEDDEN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 24, 1903.) Action by Loren M. Hewit, as trustee, against Viner J. Hedden and others.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event, upon questions of law only. Held that, the trial justice having charged the jury "that the plaintiff can recover, if at all, only upon the contract signed by Adams and the defendants' Exhibit 4 in this case," and it being conceded that the plaintiff is not entitled to recover upon such contract, the judgment must be reversed, notwithstanding the plaintiff may have alleged and established by competent proof another and different cause of action against the defendants.

---

HEWITT, Respondent, v. AMERICAN UNION LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 17, 1903.) Action by Mary E. Hewitt against the American Union Life Insurance Company. No opinion. Motion denied.